IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-1734-REB-OES

RUSSELL STONE,

      Plaintiff,

v.

UNITED HEALTHCARE OF COLORADO, INC., a Colorado corporation,
UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation, and
UNITED BEHAVIORAL HEALTH, a California corporation,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The parties have filed a **Stipulation of Dismissal With Prejudice** on June 28, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

      **THEREFORE IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice**, filed on June 28, 2005, is **APPROVED**;

      2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

      3.  That the trial preparation conference set for August 4, 2006, and the jury trial set to commence August 21, 2006, are **VACATED**; and

    4.  That any pending motion is **DENIED** as moot.

Dated this 28th day of June, 2005, at Denver, Colorado.

                                              BY THE COURT:

                                              s/Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge